IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02168-REB-MJW

VICTOR VIRGILIO JONES,

Plaintiff(s),

v.

UNITED STATES,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the United States' Unopposed Motion for Leave to Permit Counsel to Appear Telephonically at December 10, 2008 Conference (Docket No. 17) is granted. Defense counsel shall thus telephone the court at (303) 844-2403 on December 10, 2008, at 9:00 a.m. Mountain Time to participate in the conference.

Date: December 1, 2008