IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02168-REB-MJW

VICTOR VIRGILIO JONES,

Plaintiff(s),

v.

UNITED STATES,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that based upon the United States Notice of Withdrawal of Motion to Dismiss (Docket No. 23), the United States' Motion to Dismiss (Docket No. 14) is hereby deemed to be withdrawn.

Date: December 4, 2008