IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02168-REB-MJW

VICTOR VIRGILIO JONES,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Person With Final Settlement Authority to be Available Telephonically for Settlement Conference, DN 45, filed with the Court on February 2, 2009, is GRANTED finding good cause shown. Defendant's Counsel shall ensure the availability of their client for the settlement conference on February 12, 2009, at 1:30 p.m. (MST). The Court's telephone number is (303) 844-2403.

Date: February 4, 2009