IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02168-REB-MJW

VICTOR VIRGILIO JONES,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the United States' Motion to Vacate the February 12th Settlement Conference or in the Alternative, to Reschedule Such Settlement Conference Pending Resolution of the United States' Motion to Dismiss (Docket No. 42) is denied. It is, however, further

**ORDERED** that counsel for defendant may appear by telephone at the Settlement Conference on February 12, 2009, at 1:30 p.m. (MST), by calling the court at (303) 844-2403.

Date: February 10, 2009