## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 08-cv-02168-REB-MJW | FTR - Courtroom A-502 |
| **Date:** February 12, 2009 | Courtroom Deputy, Ellen E. Miller |
| VICTOR VIRGILIO JONES | Pro Se |
| Plaintiff(s), | |
| v. | |
| UNITED STATES , | Curtis C. Smith    (by telephone) |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   SETTLEMENT PLACED ON RECORD**
**Court in session:**  3:09 p.m.
Court calls case.  In court appearance *Pro Se* Plaintiff; telephonic appearance of defense counsel.

The Settlement Agreement is reviewed and placed on the record.  The Court requests confirmation from both parties as to their understanding of and agreement with the terms as the Court has stated, and both participants indicate in the affirmative.

**It is ORDERED:**   The Settlement Agreement is approved.

**It is ORDERED:**   A Stipulated Motion to Dismiss shall be submitted to the Court **on or before MARCH 12, 2009**.   Defendant shall prepare the motion to dismiss.

**It is ORDERED:**   All further hearings and settings  before Magistrate Judge Watanabe are VACATED, which includes the Final Pretrial Conference set June 16, 2009 at 9:00 a.m.

**It is ORDERED:**   Defendant's SECOND MOTION TO DISMISS [Docket No. 29, Filed December 05, 2008] is **denied as moot.**

Hearing concluded.    **Court in recess:**  3:16 p.m.    Total In-Court Time: 00:07

The Court spent a total of  3 hours 07 minutes  preparing for, conducting,  and recording this settlement conference.