# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**   08-cv-02168-REB-MJW | FTR - Courtroom A-502 |
| **Date:**  July 02, 2009 | Courtroom Deputy, Ellen E. Miller |
| VICTOR VIRGILIO JONES | Pro Se |
| Plaintiff(s), | |
| v. | |
| UNITED STATES , | Curtis C. Smith |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   MOTION   HEARING
**Court in Session:**   9:35 a.m.
Court calls case. Appearances of counsel.

Plaintiff's Show Cause 2 and Motion to Set Aside Stipulation to Dismiss  [Docket No. 67, Filed May 12, 2009] is raised for oral argument.

Oral argument  by Victor Jones, *Pro Se* Plaintiff.

Plaintiff's  EXHIBIT 1 is offered and accepted, with no objection from defendant.

Oral argument by Curtis Smith on behalf of defendant.

**It is ORDERED:**       Plaintiff's SHOW OF CAUSE 2 AND MOTION TO SET ASIDE STIPULATION TO DISMISS [Docket No. 67, Filed May 12, 2009] is **TAKEN  UNDER  ADVISEMENT.**
The court will issue its written Order.

Hearing concluded.
**Court in recess:** 10:28 a.m.
Total In-Court Time 00: 53

To order a transcript of this proceedings, contact  Avery Woods  Reporting Service.
 (303) 825-6119       Toll Free  1-800-962-3345.    FAX (303) 893-8305
www.AveryWoods.net