### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 08-cv-02168-REB-MJW

VICTOR VIRGILIO JONES,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

### ORDER ADOPTING RECOMMENDATION OF
### UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

This matter is before me of (1) Plaintiff's "**Show of Cause 2 and Motion to Set Aside Stipulation To Dismiss [sic]**" [#67][1] filed May 12, 2009; (2) **Plaintiff's Motion to Dismiss (Without Prejudice)** [#53] filed March 3, 1009; (3) **Plaintiff's Second Motion to Dismiss/Change of Venue** [#57] filed March 20, 2009; (4) **Plaintiff's Letter to the Court Seeking Dismissal Without Prejudice and to Allow Him to Go to Tax Court** [#60] filed April 14, 2009; and (5) the magistrate judge's **Recommendations on (1) Plaintiff's "Show of Cause 2 and Motion to Set Aside Stipulation to Dismiss [Sic]" (Docket No. 67), (2) Plaintiff's Motion to Dismiss (Without Prejudice) (Docket No. 53), (3) Plaintiff's Second Motion to Dismiss/Change of Venue (Docket No. 57), and (4) Plaintiff's Letter to the Court Seeking Dismissal Without**

---

[1] "[#67]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Prejudice and to Allow Him to Go to Tax Court (Docket No. 60)** [#72] filed July 6, 2009.  The plaintiff filed objections [#73] to the recommendation, the defendant filed a response [#74] to the objections, and the plaintiff filed a reply [#75].  I overrule the objections, approve and adopt the recommendation, and dismiss this case with prejudice.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and I have considered carefully the recommendation, objections, and applicable case law.  In addition, because plaintiff is proceeding *pro se*, I have construed his filings generously and with the leniency due *pro se* litigants.  **See *Erickson v. Pardus***, 551 U.S. 89, ___, 127 S. Ct. 2197, 2200 (2007); ***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Bellmon***, 935 F.2d 1106, 1110 (10th Cir. 1991).

As the magistrate judge details in his recommendation, the parties to this case reached a settlement and the terms of their settlement agreement were placed on the record at a settlement conference held February 12, 2009.  Among the terms of the settlement agreement is an agreement that the parties would file a stipulated motion to dismiss this case with prejudice.  Without lawful excuse or justification, the plaintiff has not aided by the terms of the settlement agreement.  In the plaintiff's motions addressed in the magistrate judge's recommendation, the plaintiff generally seeks to have the settlement agreement declared null and void.  In his objections [#73] and reply [#75], the plaintiff argues again that the settlement is void and that he should not be required to comply with the agreement.

Having reviewed the record in this case, including the recommendation, the plaintiff's objections, the defendants response to those objections, and the plaintiff's

reply, I find and conclude that the magistrate judge's findings of fact, conclusions of law, and recommended disposition of the motions addressed in the recommendation are correct.  I find and conclude also that the plaintiff's objections to the recommendation are without merit.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the magistrate judge's **Recommendations on (1) Plaintiff's "Show of Cause 2 and Motion to Set Aside Stipulation to Dismiss [Sic]" (Docket No. 67), (2) Plaintiff's Motion to Dismiss (Without Prejudice) (Docket No. 53), (3) Plaintiff's Second Motion to Dismiss/Change of Venue (Docket No. 57), and (4) Plaintiff's Letter to the Court Seeking Dismissal Without Prejudice and to Allow Him to Go to Tax Court (Docket No. 60)** [#72] filed July 6, 2009, is **APPROVED** and **ADOPTED** as an order of this court;

2.  That the plaintiff's objections [#73] to the recommendation, filed July 13, 2009, are **OVERRULED**;

3.  That the plaintiff's "**Show of Cause 2 and Motion to Set Aside Stipulation To Dismiss [sic]**" [# 67] filed May 12, 2009, is **DENIED**;

4.  That the **Plaintiff's Motion to Dismiss (Without Prejudice)** [#53] filed March 3, 2009, is **DENIED** as moot;

5.  That the **Plaintiff's Second Motion to Dismiss/Change of Venue** [#57] filed March 20, 2009,  is **DENIED** as moot;

6.  That the **Plaintiff's Letter to the Court Seeking Dismissal Without Prejudice and to Allow Him to Go to Tax Court** [#60] filed April 14, 2009, is **DENIED** as moot;

7.  That this case is **DISMISSED** with prejudice, based on the settlement agreement between the parties to which they agreed on February 12, 2009;

8.  That consistent with the terms of the settlement agreement, each party **SHALL PAY** his or its own costs and fees;

9.  That the Trial Preparation Conference set for Friday, November 20, 2009, at 10:30 a.m., is **VACATED**;

10.  That the trial set to begin on Monday, November 23, 2009, at 9:00 a.m., is **VACATED**; and

11.  That this case is **CLOSED**.

Dated August 11, 2009, at Denver, Colorado.

           **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge