**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 08-cv-02168-REB-MJW

VICTOR VIRGILIO JONES,

    Plaintiff,

v.

UNITED STATES,

    Defendant.

**ORDER DENYING MOTIONS FOR RECONSIDERATION**

**Blackburn, J.**

This matter is before me on the following: (1) the plaintiff's **Petition To Reconsider Judgment** [#78][1] filed August 20, 2009; and (2) the plaintiff's **Second Petition To Reconsider Judgment** [#80] filed September 8, 2009. The defendant filed responses to both motions [#79 & #81]. I deny both motions.

Because the plaintiff is proceeding *pro se*, I have reviewed all of his pleadings and papers, including the motions at issue here, more liberally than pleadings or papers filed by attorneys. *See, e.g.*, **Erickson v. Pardus**, 551 U.S. 89, 94 (2007); **Haines v. Kerner,** 404 U.S. 519, 520-21 (1972); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Belmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The plaintiff does not substantiate in his motion any of the three usual bases for reconsideration of an order or judgment, which are (1) an intervening change in the

---

[1] "[#78]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

controlling law; (2) new evidence previously unavailable; or (3) the need to correct clear error or prevent manifest injustice. *Servants of the Paraclete v. Does*, 204 F.3d 1005, 1012 (10th Cir. 2000) (citations omitted). A motion for reconsideration is not appropriate when the movant seeks to revisit issues already addressed or to advance arguments that could have been raised in prior briefing. *Id*. Absent some valid basis on which I should reconsider my order [#76] and judgment [#77], I conclude that the plaintiff's motions to reconsider must be denied.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Petition To Reconsider Judgment** [#78] filed August 20, 2009, is **DENIED**; and

2. That the plaintiff's **Second Petition To Reconsider Judgment** [#80] filed September 8, 2009, is **DENIED**.

Dated February 24, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge